UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DIXIE GRALEY BRUMLOW RUSSELL,**

    **Plaintiff,**

    v.                                Case No. 2:15-cv-2856
                                      JUDGE GREGORY L. FROST
**UNKNOWN,**                         Magistrate Judge Norah McCann King

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of the Magistrate Judge's September 25, 2015 Order and Report and Recommendation.  (ECF No. 3.)  In that filing, the Magistrate Judge recommended that the Court dismiss this case for lack of subject matter jurisdiction and for failure to state a claim upon which this Court can grant relief.  The Order and Report and Recommendation advised Plaintiff that a failure to file a timely objection would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at Page ID # 25.)  No objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct.  The Court therefore **ADOPTS** the Order and Report and Recommendation (ECF No. 3) and **DISMISSES** this action.  The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                             /s/ Gregory L. Frost
                                                       GREGORY L. FROST
                                                       UNITED STATES DISTRICT JUDGE